UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMICA MUTUAL INSURANCE COMPANY<br><br>      Plaintiff<br>  v.<br><br>EDWARD FOGEL and MAUREEN FOGEL Individually and as Guardians *Ad Litem* of Marcy Fogel and Carrie Fogel, and as Administrators of the Estate of Melissa Fogel<br><br>      Defendants | : <br> : <br> : <br> : <br> : CIVIL CASE NO.: 1:09-CV-0674<br> : <br> : <br> : <br> : JURY TRIAL DEMANDED<br> : <br> : |

## ~~PROPOSED~~ ORDER APPROVING PARTIAL SETTLEMENT OF WRONGFUL DEATH AND SURVIVAL ACTION PROCEEDINGS REGARDING THE ESTATE OF MELISSA FOGEL AND PARTIAL COMPROMISE OF THE MINORS' ACTIONS

AND NOW this 3d day of October, 2011, upon consideration of the outstanding Petition for Partial Settlement of Survival and Wrongful Death Actions With Apportionment of Settlement Proceeds and Compromise of Minors' Action, said Petition is hereby approved and distribution shall occur as follows:

| | | | |
|---|---|---|---|
| **I.** | **Estate of Melissa Fogel** | | **$ 180,535.41** |
| | **A.**    <u>**WRONGFUL DEATH BENEFIT**</u> | | **$ 126,374.78** |
| |     (1) | 25% legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. | 31,593.70 |
| |     (2) | Reimbursement of Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. | <u>1,943.84</u> |
| |     (3) | Net proceeds to be paid to Edward Fogel and Maureen Fogel, the sole intestate heirs with a pecuniary interest in the Estate of Melissa Fogel | $ 92,837.24 |

{00381896 }

| | | | |
|---|---|---|---|
| B. | **SURVIVAL BENEFIT** | | $ 54,160.63 |
| | (1) | 25% legal fees paid to Leisawitz Heller Abramowitch Philips, P.C. | 13,540.16 |
| | (2) | Reimbursement of Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. | 833.08 |
| | (3) | Net proceeds to be paid to the Estate of Melissa Fogel | $ 39,787.39 |

**II. Edward Fogel** — $ 60,178.47

    (1) 25% legal fees paid to Leisawitz Heller Abramowitch Phillips, P.C. — 15,294.62

    (2) 25% Reimbursement of Costs Advanced by Leisawitz Heller Abramowitch Phillips, P.C. — 925.64

    (2) Net proceeds to be paid to Edward Fogel — $ 43,958.21

BY THE COURT:



_____ J.

**\*\* Costs Advanced**

| | |
|---|---|
| *Computerized Legal Research* | *300.00* |
| *Berks Court Reporting* | |
|   *Depositions of Dan Henderickson and Catherine Gualtieri* | *615.30* |
| *ERSA Court Reporters* | |
|   *Depositions of Edward and Maureen Fogel* | *494.00* |
| *Middle District of PA – Filing Fee* | *455.00* |
| *U.S. Express Printing – Binding Fee* | *212.95* |
| *Postmaster – Large Package* | *58.95* |
| *James DeCrescenzo Reporting* | |
|   *Transcript of Oral Argument* | *405.00* |
| *Photocopies and Postage* | *1,161.36* |
| | *$3,702.56* |

{00381896 }