THE LAW FIRM OF
# LEISAWITZ HELLER
*———— Experience Commitment*

| | |
|---|---|
| 2755 Century Boulevard, Wyomissing, PA  19610 | **Kenneth Millman, Esquire** |
| 610-372-3500 ♦ Fax: 610-372-8671 | Direct Dial: 610-370-8111 |
| www.LeisawitzHeller.com | E-mail: kmillman@LeisawitzHeller.com |

October 18, 2011

*Via Facsimile and Regular Mail*
William Krekstein, Esquire
Nelson, Levine, deLuca & Horst, LLC
518 Township Line Road, Suite 300
Blue Bell, PA 19422

> RE: Amica Mutual Insurance Co. v. Edward Fogel, et al
> 3rd Circuit Case No.: 10-3611
> Middle District Case No.: 1-09-cv-00674

Dear Mr. Krekstein:

    Please accept this letter in accordance with Judge Jones' instructions during his telephonic status conference with all counsel in the above-referenced matter earlier today.

    Demand is hereby made on behalf of the Fogels for payment of the remaining underinsured motorist benefits by Amica. Failure to satisfy this demand within five (5) days of the date of this letter will result in its irrevocable withdrawal.

    If you have any questions or concerns, please do not hesitate to contact me. Best regards.

Very truly yours,

*/s/ Kenneth Millman*

KENNETH MILLMAN

KM/kf
cc: Daniel J. Pomeroy, Esquire (via facsimile and regular mail)
    Edward Fogel (via regular mail)
42890.001

{00385951 }